

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00356-CV

———————————————

IN RE AMBER SCHULER, MARLON AVANTYR, AND SHARI GERSZEWSKI,
Relators

———————————————

Original Proceeding
County Court at Law of Cooke County, Texas
Trial Court No. PR17799

———————————————

Before Wallach, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  August 13, 2024